IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-50087
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RAMON CORDERO-GARCIA,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No.EP-98-CR-508-1-H
--------------------

October 15, 1999

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Ramon Cordero-Garcia has filed a motion to withdraw and a brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967), in this appeal of a conviction and sentence for conspiracy to possess with intent to distribute marijuana, a violation of 21 U.S.C. § 846. Cordero was given an opportunity to file a response to the motion, and he has not responded. Our independent review of the brief and record

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

discloses no nonfrivolous issue.  Accordingly, counsel is excused from further responsibilities herein and the APPEAL IS DISMISSED.